UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

`Motion GRANTED.` *[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-00206 |
| | ) | JUDGE TRAUGER |
| KEVIN JERRON COOK | ) | |

## MOTION TO BE RELIEVED AS ATTORNEY OF RECORD

COMES now C. Douglas Thoresen, Assistant Federal Public Defender, and moves this Honorable Court to enter an order relieving him as attorney of record in the above-styled case. For cause, undersigned states that on November 21, 2013, the Office of the Federal Public Defender was appointed to represent Mr. Cook in this action. The case was assigned to undersigned counsel.

Mark Christopher Scruggs has filed a Notice of Appearance in this matter. Therefore, he requests that he be relieved as attorney of record for Mr. Cook.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR# 004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: doug_thoresen@fd.org

### CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013, I electronically filed the foregoing Motion to be Relieved as Counsel of Record with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: **Mr. Van Vincent**, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN