# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:13-00206 |
| ) | Judge Trauger |
| KEVIN JERRON COOK ) | |

## O R D E R

The defendant's Motion For Order Directing Marshal's Service to Provide Medical Treatment (Docket No. 28) is **GRANTED IN PART**. The court has communicated with Chief Deputy John Shell of the United States Marshal's Service who has looked into this matter and will be communicating with defense counsel.

It is so **ORDERED**.

ENTER this 23rd day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge