IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 11/6/14 at 3:00 p.m.==

*[Signed: Judge Trauger]*

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Docket No. 3:13-cr-00206 |
| | JUDGE TRAUGER |
| KEVIN JERRON COOK | |

## MOTION TO CONTINUE SENTENCING HEARING CURRENTLY SET FOR SEPTEMBER 18, 2014

Defendant respectfully moves the Court to continue the sentencing hearing in this matter currently set for September 18, 2014, for at least sixty (60) days. For cause, Defendant states that his Counsel just received the pre-sentence investigation report (PSI) on September 3, 2014 and is expected to file his objections by September 11, 2014. Counsel has a trial scheduled in Rutherford County set to begin on September 9, 2014 which will last all week. Defendant is housed in Grayson County, Kentucky and it will be impossible to confer with him this week in order to review the report. More time is needed to prepare and Counsel requests this matter be continued to sometime in November and that he be given additional time to file any objections to the PSI. (30 days?). Counsel has conferred with AUSA Vincent and is advised that he has no objection to this request. Therefore, Defendant requests the above relief.