# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 3:13-cr-00206 |
| | ) | Judge Trauger |
| KEVIN JERRON COOK | ) ) | |
| Defendant. | ) | |

## **O R D E R**

It is hereby ORDERED that the Clerk shall mail to the defendant where he is presently housed a copy of the Supplement to the Presentence Report issued on April 12, 2016 so that he will understand why his motion for relief under 18 U.S.C. § 3582(c)(2)(44) is being denied.

It is so **ORDERED.**

Enter this 16th day of May 2016.

_____
ALETA A. TRAUGER
U.S. District Judge