UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-cr-206-1 |
| | ) | JUDGE TRAUGER |
| | ) | |
| KEVIN JERRON COOK | ) | |

## RESPONSE REGARDING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE

The United States of America, by and through Mark H. Wildasin, United States Attorney and the undersigned, hereby gives notice that it does not object to the Defendant's request for termination of his supervised release term. The United States has reviewed the Defendant's Memorandum in Support at Docket Entry 70 and agrees with the rationale outlined therein.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney

By: *s/ Joshua A. Kurtzman*
JOSHUA A. KURTZMAN
Assistant United States Attorney
716 Church Street - Suite 3300
Nashville, Tennessee 37203-3870
Telephone: 615-401-6617

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, I electronically filed the foregoing Notice of Substitution of Counsel with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

                                        *s/ Joshua A. Kurtzman*
                                        JOSHUA A. KURTZMAN
                                        Assistant United States Attorney