IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-cr-00206 |
| ) | Judge Trauger |
| KEVIN JERRON COOK ) | |
| ) | |

## ORDER

The defendant has filed a Motion to Terminate Supervised Release (Doc. No. 69), which is not opposed by the government (Doc. No. 71). Having considered the necessary factors under 18 U.S.C. § 3553(a), the court finds that early termination of supervised release is warranted by the conduct of this defendant and is in the interest of justice. The defendant's motion is therefore GRANTED.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE